## United States District Court, Western District of Wisconsin

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 605 | **DATE** | 6/26/2009 |
| **CASE TITLE** | State Farm Fire & Casualty Company et al v. Whirlpool Corporation | | |

**DOCKET ENTRY TEXT:**

Case reported to mediator as settled.  Dismissal Document to be filed with the court in Madison.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|